

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00774-CV

Ray **BASALDUA**,
Appellant

v.

George **FARINACCI**, LaDona Farinacci and Jim House,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05926
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees, George Farinacci, LaDona Farinacci, and Jim House, recover their costs of this appeal from appellee, Ray Basaldua.

SIGNED September 2, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice